806 F.2d 940
 Elsie Viola MILLER and Oretta Bernice Lancaster, doing
business as the Junction Cafe and Tavern; Taylor's Coffee
Shop, Inc., dba Rennie's Landing; Wian, Inc., dba Barney's
Cable, individually and as representatives of others
similarly situated, Plaintiffs-Appellants,
v.
William H. HEDLUND; Sylvia S. Bedingfield; Reuben A.
Worster; Stan Auderkirk and Jill Thorne, individually in
their representative capacities as the Commissioners of the
Oregon Liquor Control Commission; C. Dean Smith,
individually in his capacity as Administrator for the Oregon
Liquor Control Commission, Spear Beverage Co., Inc., and
Coast Distributors, Inc.; individually and as
representatives of others similarly situated, Defendants-Appellees.
 No. 84-3749.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 19, 1986.
 
 1
 David W. Axelrod, Schwabe, Williamson, Wyatt, Moore & Roberts, Portland, Or., for plaintiffs-appellants.
 
 
 2
 Robert W. Muir, Asst. Atty. Gen., Salem, Or., for defendants-appellees.
 
 ORDER
 
 3
 Before BROWNING, Chief Judge, ALARCON, Circuit Judge, and STEPHENS*, District Judge.
 
 
 4
 The opinion in this case is withdrawn. 803 F.2d 1007. Submission of this case is vacated pending resolution by the United States Supreme Court of 324 Liquor Corp. v. Duffy, No. 84-2022.
 
 
 
 *
 The Honorable Albert Lee Stephens, Jr., Senior United States District Judge for the Central District of California, sitting by designation